G. Thomas Martin, III, Esq.  (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com
Attorneys for Plaintiff,
JUAN PABLO MARTINEZ

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JUAN PABLO MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>FULTON, FRIEDMAN & GULLACE, LLP; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: EDCV13-1212-VAP(OPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JUAN PABLO MARTINEZ, against Defendants, FULTON, FRIEDMAN & GULLACE, LLP; and DOES 1 to 10, inclusive are dismissed, with prejudice.  Plaintiff JUAN PABLO MARTINEZ, and Defendant FULTON, FRIEDMAN & GULLACE, LLP, shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: October 29, 2013___          _____

                                                            Virginia A. Phillips, District Court Judge
                                                            Central District of California